UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and YETI COOLERS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL WHITE, an individual; KAREN WHITE, an individual; collectively d/b/a Gadsen Flags in USA AKA Cyber Venzz AKA Cyber Dream AKA PhoneCleaner, and d/b/a The Cyber Bargain Portal AKA Cloud Technic; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-cv-01773-JHC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH MOTION |

This matter has come before the Court on Plaintiffs Amazon.com, Inc. and Yeti Coolers, LLC's unopposed motion for leave to file an overlength motion (Dkt. # 23). Having considered Plaintiff's motion, the Court GRANTS Plaintiffs leave to file a motion for default judgment not to exceed 20 pages.

Dated this 29th day of April, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH MOTION - 1